DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**C.M.P.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2170

[April 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2019-CJ-000407-XXXX-MB.

Carey Haughwout, Public Defender, and Breanna Atwood, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN J., and BOKOR, ALEXANDER, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***